UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| CATHERINE A. DIMAURO,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:10-cv-05593-RBL-JRC<br><br>ORDER FOR EXTENSION OF TIME TO FILE AN ANSWER |

Based on Defendant's Motion (ECF No. 7), and that Plaintiff has no opposition, it is hereby ORDERED that the Answer Due Date shall be amended as follows:

Defendant shall have up to and including January 3, 2011, to file Defendant's Answer.

DATED this 3rd day of December 2010.

_J. Richard Creatura_
J. Richard Creatura
United States Magistrate Judge

Page 1    ORDER - [3:10-cv-05593-RBL-JRC]