United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CATHERINE A. DIMAURO, ) | |
| ) | CIVIL NO. 10-5593RBL-JRC |
| Plaintiff, ) | |
| ) | ORDER FOR EXTENSION OF |
| vs. ) | TIME TO FILE PLAINTIFF'S |
| ) | OPENING BRIEF |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before March 1, 2011, Defendant's Answering Brief shall be filed on or before March 29, 2011 and Plaintiff's Reply Brief shall be filed on or before April 12, 2011. Oral argument, if desired, shall be requested by April 19, 2011.

DATED this 2nd day of February, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING EXTENSION
– [C10-5593 RBL-JRC] - 1