United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| CATHERINE A. DIMAURO, | ) | |
| | ) | CIVIL NO. 10-5593RBL-JRC |
| Plaintiff, | ) | |
| | ) | ORDER FOR EXTENSION OF |
| vs. | ) | TIME TO FILE PLAINTIFF'S |
| | ) | OPENING BRIEF |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before April 12, 2011, Defendant's Answering Brief shall be filed on or before May 10, 2011, and Plaintiff's Reply Brief shall be filed on or before May 24, 2011. Oral argument, if desired, shall be requested by May 31, 2011

DATED this 3rd day of March, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S OPENING BRIEF –
[10-5593RBL-JRC] - 1