UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CATHERINE A. DIMAURO,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>　　　　　　　Defendant. | CASE NO. 10-cv-05593 RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)　　The Court adopts the Report and Recommendation;

(2)　　The matter is therefore REVERSED and REMANDED to the Administration for further consideration pursuant to sentence four of 42 U.S.C. § 405(g); and

(3)　　**JUDGMENT** is for **PLAINTIFF** and the case is closed.

DATED this 2nd day of December, 2011.

　　　　　　　　　　　　　　　　　　/s/ Ronald B. Leighton
　　　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 1