United States District Judge RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CATHERINE A. DIMAURO,                    )
                                         )   CIVIL NO. 10-5593RBL-JRC
                    Plaintiff,           )
                                         )   ORDER FOR EAJA FEES AND
vs.                                      )   EXPENSES
                                         )
MICHAEL J. ASTRUE,                       )
Commissioner of Social Security,         )
                                         )
                    Defendant.           )

THIS MATTER having come on regularly before the undersigned upon Plaintiff's

Motion to Award EAJA Fees and Expenses and the Court agreeing that EAJA fees and

expenses should be awarded, good cause having been shown, now, therefore, it is hereby

ORDERED that Plaintiff is hereby awarded EAJA fees of $6,252.10 and expenses

in the sum of $23.83. Subject to any offset allowed under the Treasury Offset Program,

as discussed in *Astrue v. Ratliff*, 130 S. Ct. 2521, 560 U.S. __ (2010), payment of this

award shall be made directly to Plaintiff's attorney Eitan K Yanich either by direct

ORDER FOR EAJA FEES AND EXPENSES –
 [10-5593RBL-JRC] - 1

Law Office of Eitan Kassel Yanich, PLLC
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226

1  deposit or by check sent to Eitan Kassel Yanich's address:  Eitan Kassel Yanich, PLLC,

2  203 Fourth Avenue E., Suite 321, Olympia, WA. 98501.

3        After the Court issues the order for EAJA fees and expenses, the Commissioner will

4  consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's

5  attorney.  Pursuant to *Astrue v. Ratliff*, the ability to honor the assignment will depend on

6  whether the EAJA fees and expenses are subject to any offset allowed under the Treasury

7  Offset Program.  The Commissioner agrees to contact the Department of Treasury after

8  the order for EAJA fees and expenses is entered to determine whether the EAJA fees and

9  expenses are subject to any offset.  If the EAJA fees and expenses are not subject to any

10 offset, the EAJA attorney's fees and expenses will be paid directly to plaintiff's attorney

11 Eitan Kassel Yanich, either by direct deposit or by check payable to him and mailed to

12 his address.

13       DATED this 19th day of March, 2012.

14

15       _____
         RONALD B. LEIGHTON

16       UNITED STATES DISTRICT JUDGE

17 Presented by:

18

19 S/EITAN KASSEL YANICH_____
   EITAN KASSEL YANICH, WSBA #13690

20 Attorney for Plaintiff

21

22

23

ORDER FOR EAJA FEES AND EXPENSES –
 [10-5593RBL-JRC] - 2

Law Office of Eitan Kassel Yanich, PLLC
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226